**Date of Arrest: 01/26**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Ricardo RUIZ-Sanchez<br>AKA: None Known<br>206462350<br>YOB: 1994<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. **26-01071MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 26, 2026, Defendant Ricardo RUIZ-Sanchez, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about March 17, 2017. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Approved AUSA Ryan McCarthy for AUSA Patrick Sloane

*/s/ Ryan McCarthy*

*/s/ Ivan Negrete*
Signature of Complainant

Ivan Negrete
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__January 28, 2026__        at    __Yuma, Arizona__
Date                                  City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

*/s/ J.F. Metcalf*
Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Ricardo RUIZ-Sanchez
AKA: None Known
206462350

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 26, 2026, near Wellton, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about January 27, 2015. The Defendant has been removed on two (2) previous occasions. The Defendant was most recently removed on or about March 17, 2017, through the port of Calexico, California.

Border Patrol Agents determined that on or about January 19, 2026, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs S. Aviles, D. Ibarra, and A. Vizcarra.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA. G. Stanislawski.

_Ivan Negrete_
Signature of Complainant

Sworn to before me and subscribed telephonically,

____January 28, 2026____
Date

_____
Signature of Judicial Officer